UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
            :

CEDRIC BISHOP, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

            :  No.: 1:26-cv-1110

         Plaintiffs,

            :  **NOTICE OF VOLUNTARY**

        v.       **DISMISSAL**

AMBI ENTERPRISES LLC,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without

fees and costs against Defendant, AMBI ENTERPRISES LLC.


Dated:   New York, New York
        March 2, 2026

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb, Esq.
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge